# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 2, 2013

_____

DOCKETING FORMS
FOLLOW-UP NOTICE

_____

No. 12-4996,   US v. Anthony Miller
               2:08-cr-01155-SB-8

TO:   Stanley D. Ragsdale
      Peter Thomas Phillips

REQUESTED FORM(S) DUE:  January 7, 2013  January 7, 2013

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site. Noncompliance with the court's filing requirements will lead to initiation of disciplinary proceedings pursuant to Local Rule 46(g) and will result in dismissal as to appellant pursuant to Local Rule 45.

---

 [X] Appearance of counsel [eFiler status required]


RJ Warren, Deputy Clerk
804-916-2702