RECORD NO. 12-4996

*In The*
## United States Court of Appeals
*For the Fourth Circuit*

**UNITED STATES OF AMERICA,**

*PLAINTIFF-APPELLEE,*

v.

**ANTHONY STERLING MILLER,**

*DEFENDANT-APPELLEE.*

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AT CHARLESTON**

———————

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

———————

**Christopher W. Adams
Christopher W. Adams Law Office, P.C.
Post Office Box 561
102 Broad Street, Suite C
Charleston, South Carolina 29402
(843) 577-2153**

*Counsel for Appellant*

## UNOPPOSED MOTION FOR EXTENSION OF TIME

This motion is for an extension of time to file for reconsideration of the denial of an appeal pursuant to Rule 26(b), FRAP. Counsel for Mr. Miller requests 10 days to file a petition for rehearing of the denial of his appeal by the panel.

Counsel for Mr. Miller has communicated with counsel for the government, who does not object to the extension of time.

Good cause exists for this request. The opinion in this case was filed on June 10, 2013. Counsel was out of the district when the opinion was rendered and has been out of the district in the intervening two weeks. Counsel communicated with Mr. Miller a recommendation to petition for a writ of certiorari, which would be due on July 25, 2013. Mr. Miller desires to file for reconsideration, which was due on June 24, 2013. Mr. Miller's request was transmitted to counsel prior to the expiration of the 14 days but was not received by counsel until today.

Counsel requests an additional 10 days to file the petition for rehearing.

## CONCLUSION

Miller respectfully asks this Court for a 10-day extension of time to file his petition for rehearing.

Respectfully submitted,

/s/ Christopher W. Adams
Christopher W. Adams
Federal ID # 10595

*Attorney for Anthony Miller*

LAW OFFICE OF
CHRISTOPHER W. ADAMS, P.C.
P.O. Box 561
102 Broad Street
Suite C
Charleston, S.C. 29402-0561
Phone: 843-577-2153
Fax: 877-883-9114
Adams.c@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that this Unopposed Motion for Extension of Time was filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

> Peter T. Phillips
> OFFICE OF THE U.S. ATTORNEY
> 151 Meeting Street, Suite 200
> Charleston, South Carolina 29402
> (843) 727-4381
>
> *Counsel for Appellee.*

Submitted on June 25, 2013.

/s/ Christopher W. Adams
*Counsel for Appellant*
