FILED: June 25, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4996

(2:08-cr-01155-SB-8)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

ANTHONY STERLING MILLER, a/k/a Ant, a/k/a New York, a/k/a Tony, a/k/a Big Al, a/k/a Big A

       Defendant - Appellant

_____

O R D E R

_____

The court grants the motion for a 10 day extension and extends the time for filing a petition for rehearing and petition for rehearing en banc.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk